IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ARCELIA MONTIZE, EVENCIO GARCIA
and AGUSTIN GARCIA GONZALEZ                                              PLAINTIFFS

V.                                      Case No. 07-CV-1073

PITTMAN PROPERTIES LIMITED PARTNERSHIP #1;
D&M PITTMAN, INCORPORATED;
DAWOOD AYDANI; MICKEY H. PITTMAN and
PITTMAN NURSERY CORPORATION                                              DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Dismiss Defendants from Class Certification.  (Doc. 145).  Plaintiffs ask the Court to dismiss the following Defendants from the Plaintiffs' request for class certification and collective action:  Pittman Properties Limited Partnership #1; D&M Pittman, Incorporated; Dawood Aydani; and Mickey H. Pittman.  Upon consideration, the Court finds that Plaintiffs' Unopposed Motion to Dismiss Defendants from Class Certification should be and hereby is **GRANTED**.  Any claims for class certification or collective action against Pittman Properties Limited Partnership #1; D&M Pittman, Incorporated; Dawood Aydani; and Mickey H. Pittman are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of June, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge