```
             IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       EL DORADO DIVISION
```

**ARCELIA MUNIZ, EVENCIO GARCIA, and**
**AGUSTIN GARCIA GONZALEZ,**                              PLAINTIFFS

v.

**PITTMAN PROPERTIES LIMITED PARTNERSHIP #1,**
**D&M PITTMAN, INC., DAWOOD AYDANI, and**
**MICKEY H. PITTMAN**                                     DEFENDANTS

and                            Case No. 1:07-CV-1073

**PITTMAN NURSERY CORPORATION**                          CROSS-PLAINTIFF

v.

**PITTMAN PROPERTIES LIMITED PARTNERSHIP #1,**
**D&M PITTMAN, INC., DAWOOD AYDANI,**
**MICKEY H. PITTMAN, LYNN AYDANI,**
**and LAWANDA JONES**                                    CROSS-DEFENDANTS

## O R D E R

NOW on this 16th day of September 2011, there comes on for consideration the above-styled cause.  IT APPEARING to the Court that the matter has been settled with respect to the Plaintiffs' claims against Defendants Pittman Properties Limited Partnership #1, D&M Pittman, Inc., and Mickey H. Pittman, counsel for the Plaintiffs having so advised, it is ORDERED that Plaintiffs' Complaint is dismissed with prejudice as to these Defendants, subject to the terms of the settlement agreement.

With respect to Plaintiffs' claims against the last remaining defendant, Dawood Aydani, the Court GRANTS Plaintiffs' motion to

dismiss Defendant Dawood Aydani (Doc. 258) from the case. It is therefore ORDERED that Plaintiffs' Complaint is dismissed as to Defendant Aydani.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order. The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**