```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    EL DORADO DIVISION
```

ARCELIA MONTIZE, EVENCIO GARCIA,
and AGUSTIN GARCIA GONZALEZ                               PLAINTIFFS

v.                          Case No. 07 - 1073

PITTMAN PROPERTIES LIMITED
PARTNERSHIP #1, D&M PITTMAN,
INCORPORATED, DAWOOD AYDANI,
MICKEY H. PITTMAN and PITTMAN NURSERY
CORPORATION                                               DEFENDANTS

HORTICA-FLORISTS' MUTUAL
INSURANCE CO.                                  INTERVENOR/CROSS-CLAIMANT

    v.

PITTMAN NURSERY CORPORATION                              CROSS-DEFENDANT

## O R D E R

Comes now the Court in the above-entitled cause, having been advised that certain moneys remain deposited in the registry of the Court pursuant to the Court's Order of May 30, 2013 (Doc. 270), and having been well and sufficiently advised, now finds and orders that the sum of $1,000.00 so deposited, plus any interest earned thereon from and after the date of deposit, less the Clerk's fee, be released to Plaintiffs' counsel, Winford L. Dunn, Jr., pursuant to the Court's Order of January 18, 2011 (Doc. 189).

**IT IS SO ORDERED** this 21st day of December, 2015.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge